UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EVA CRANFORD as mother and natuaral guradian
on behalf of her minor child Robert Dahnel Cranford
Marcia Martin-Lawrence, as mother and natural guardian
on behalf of her minor child Jonathan Martin Lawrence
Fiona Turner, as Mother and Natural guardian on
behalf of her monor child Anthony Bryson
                      **Plaintiff**

      -against-                                     INDEX #: 08cv02174

THE CITY OF NEW YORK, OFFICER GREG,
JOHN DOES(1 though approximately 5) the names
being fictious and presently unknown, in their individual and
official capacities and employees of the City of New York
Police Department
                        Defendants
------------------------------------------------------------------X
STATE OF NEW YORK )
COUNTY OF KINGS      )

       TALIK RHETT, being duly sworn, deposes and says that she is over the age of eighteen years and is not a party to this action.

       That on the April 7, 2008, at approximately 12:22 p.m., deponent served a true copy of the Summons and Complaint upon City of New York., by leaving with Jerry Bradshaw, deputy unit chief, at 100 Church Street,, New York, New York 10007, defendants place of business.

       Jerry Bradshaw, is a blackskin male, approximately 45 years of age, approximately 5 foot 7 inches in height, approximately 175 lbs in weight with black hair and glasses.

       I asked the person spoken to whether the respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply.

*Talik Rhett* #1060883
Sworn before me this
  th day of April, 2008