AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Case Number:  08-2174

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/21/2008 | |
| Date | Signature |
| | Suzette Corinne Rivera    SR4272 |
| | Print Name                Bar Number |
| | 100 Church Street |
| | Address |
| | New York        NY        10007 |
| | City        State        Zip Code |
| | (212) 788-9567        (212) 788-9776 |
| | Phone Number        Fax Number |