UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



EVA CRANFORD, et al.,

        Plaintiffs,

   -v-

THE CITY OF NEW YORK, et al.,

        Defendants.

No. 08 Civ. 2174 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Having reviewed the Complaint filed in the above-entitled action, the Court notes that plaintiffs assert that they are residents of Kings County, New York, and that the individual defendants are the City of New York ("City") and various police officers of the defendant City of New York. In addition, the Complaint alleges that the action arises from injuries plaintiffs suffered as a result of an unlawful arrest that occurred on or near the campus of Pratt University in Kings County. Thus, it appears that all or most of the material events, documents, persons, and potential witnesses related to this action are located in the Eastern District of New York.

    The City has submitted a letter to the Court dated April 22, 2008, requesting transfer of this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). No response from plaintiffs has been received.

    Accordingly, plaintiffs are ORDERED to submit a letter, not to exceed three (3) pages in length, indicating whether they oppose transfer of this action to the Eastern District of New York and, if so, the basis of their opposition, no later than May 12, 2008. Failure to submit a letter in

accordance with this Order will be deemed consent to the transfer.

SO ORDERED.

Dated:     April 30, 2008
           New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE